**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FELIPE LEON-ROMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OLINSKY & ASSOCIATES, PLLC,<br><br>Defendant. | Case No.: 5:25-cv-00462-ECC-CBF |

**NOTICE OF REVISED EXHIBITS IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff Felipe Leon-Roman ("Plaintiff") hereby notices the Court that he has revised the notice documents and proposed order pursuant to the Court's instructions on June 23, 2026. Attached to this notice as Exhibits A through D are the Revised Long Form Notice, Revised Proposed Preliminary Approval Order, Revised Short-Form (Postcard) Notice, and Revised Proposed Final Approval Order, respectively, which are exhibits A, B, C, and D to the Corrected Class Action Settlement Agreement and Release (ECF 25-1). With these revisions, Plaintiffs respectfully request that the Court enter the Revised Proposed Preliminary Approval Order.

Date: June 30, 2026,

Respectfully submitted,

*/s/ Casondra Turner*

Casondra Turner *(pro hac vice)*
**MILBERG, PLLC**
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303
Telephone: (771) 772-3086
cturner@milberg.com

Randi Kassan
**MILBERG PLLC**
100 Garden City Plaza, Suite 408
Garden City, NY 11530
Telephone: (516) 741-5600
rkassan@milberg.com

*Counsel for Plaintiff*
*and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Casondra Turner*
Casondra Turner